**Order entered March 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01557-CV

**CRAIG PATRICK POWER, Appellant**

**V.**

**BRADEN RICHARD POWER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14415**

## ORDER

Before the Court is court reporter Vielica Dobbins's February 26, 2020 request for an extension of time to file her portion of the reporter's record. We **GRANT** the request and **ORDER** Ms. Dobbins to file her portion of the reporter's record no later than March 13, 2020.

/s/    BILL WHITEHILL
        JUSTICE